PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Hazir Burwell

Cr.: 22-00750-001
PACTS #: 7761151

Name of Sentencing Judicial Officer:   THE HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE
(Reassigned to the Hon. Michael A. Shipp on August 27, 2024)

Date of Original Sentence: 11/20/2023

Original Offense:   Count One: Controlled Substance- Manufacture, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), Class C felony

Original Sentence: 30 months imprisonment, 3 years supervised release

Violation of Supervised Release: Heard 08/06/2025, 4 months imprisonment with all previously imposed conditions and the addition of a special condition for 4 months Residential Reentry Center Placement

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Gang Associate/Member, Gang Restriction Court Ordered, Place Restriction Area, Life Skills Counseling, Education/Training Requirements, Support Dependents, Forfeiture, Mental Health Treatment, Residential Reentry Center

Type of Supervision: Supervised Release                Date Supervision Commenced: 09/09/2025

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     The individual under supervision has violated the special supervision condition which states '**You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.**'

On April 7, 2026, during a scheduled office visit, Mr. Burwell tested positive for and admitted to the use of Marijuana and Suboxone. Mr. Burwell is currently prescribed Suboxone through RWJ Barnabas Health. In addition, Mr. Burwell also tested positive for Cocaine for which he denied using the substance. The

Prob 12A – page 2
Hazir Burwell

sample was subsequently sent to the laboratory where it was confirmed that sample was positive for Benzoylecgonine (cocaine metabolite).

U.S. Probation Officer Action:
Following the positive test, Mr. Burwell has been referred to Discovery/New Hope Integrated Behavioral Health outpatient substance abuse treatment program.

At this time, we are respectfully requesting no formal action. We will continue to closely monitor Mr. Burwell's participation in treatment and the results of his subsequent drug tests. Any further drug use or other instances of non-compliance will be reported to the Court with an appropriate recommendation.

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By:    CHRISTOPHER D. FAVAZZA
U.S. Probation Officer

/ cdf

APPROVED:

7/17/2026

STEVEN ALFREY                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

7/20/26
_____
Date